# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 7, 2023

## NO. 03-21-00290-CV

**Michael A. Rice, Appellant**

**v.**

**Austin Rice; Sammy Cockerell; Will R. Shumann; Carl Whitworth; Dorthy J. Rice; Marion Robert "Bob" Rice; Cindy Rice; Sheila Rice Hemphill; Charlotte Rice Finley; Rice Ranch, Ltd; and Rice Ranch Management, L.L.C., Appellees**

**APPEAL FROM THE 452ND DISTRICT COURT OF MCCULLOCH COUNTY
BEFORE JUSTICES BAKER, KELLY, AND SMITH
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on April 8, 2021. Michael A. Rice has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.